UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COVERALL NORTH AMERICA, INC.,** <br><br> Petitioner, <br><br> vs. <br><br> **MARCOS MARTINS,** <br><br> Respondent. | Civil Action No. 05-11870 (MLW) |

### RULE 7.1(A) STATEMENT OF COVERALL NORTH AMERICA, INC.

Coverall North America, Inc. ("Coverall") has no parent corporation, and no publicly held corporation owns 10% or more of Coverall's stock.

**COVERALL NORTH AMERICA, INC.**,

By its attorneys,

/s/ Michael D. Vhay
Michael D. Vhay (BBO #566444)
Traci S. Feit (BBO# 660688)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2600
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  September 23, 2005

~BOST1:392117.v1
22128701-1013