UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
COVERALL NORTH AMERICA, INC.,           )
                                        )
            Petitioner,                 )
                                        )   Civil Action No.
      v.                                )   05-11870
                                        )
MARCOS MARTINS,                         )
            Respondent.                 )
_____)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-captioned action stipulate that the above-captioned action is hereby dismissed with prejudice. The parties waive all rights of appeal and agree that they shall bear their own costs.

Respectfully submitted,

COVERALL NORTH AMERICA, INC.,        EDINEI MACHADO, et al.

By its attorneys,                    By their attorneys,


__s/ Michael D. Vhay_____         __s/ Shannon Liss-Riordan_____
Michael D. Vhay, BBO #566444         Shannon Liss-Riordan, BBO #640716
Lisa S. Core BBO #658709             Hillary Schwab, BBO #666029
DLA PIPER US LLP                     PYLE, ROME, LICHTEN, EHRENBERG &
33 Arch Street, 26th Floor               LISS-RIORDAN, P.C.
Boston, MA  02110-1447               18 Tremont Street, 5th Floor
(617) 406-6000                       Boston, MA  02108
                                     (617) 367-7200

Norman M. Leon
DLA PIPER CARY US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL  60601
(312) 368-4000

Dated: December 18, 2006